```
 1  KAREN P. HEWITT
    United States Attorney
 2  MARY C. LUNDBERG
    Assistant U. S. Attorney
 3  California State Bar No. 120630
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-6759
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

08 FEB 19 AM 9: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Civil No. '08 CV 0312
                         )
              Plaintiff, )
         v.              ) STATEMENT AND CONFESSION
                         ) OF JUDGMENT
HUYNH MAI,               )
                         )
              Defendant. )

State of California   )
                      ) ss.
County of San Diego   )

I am a resident of the County of San Diego, State of California, and have confessed judgment to the United States of America as follows:

| | |
|---|---|
| Principal | $878.22 |
| Interest at the rate of 8.02 percent per annum from December 12, 2000 | $114.75 |
| TOTAL | $992.97 |

This sum is justly due to the United States of America and arises from a loan insured by the Department of Education.

I empower the U. S. Attorney or any Assistant U. S. Attorney to appear for me and to enter judgment against me right now in the above amount. The debt will bear interest after judgment at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

MCL:2008A30919/44

1  I have been told that I have the right to consult with an attorney before signing this document,
2  but I knowingly and freely waive that opportunity and choose to sign this document without consulting
3  with an attorney or seeking the prior assistance of any attorney or other advisor.
4  I acknowledge that by signing this document, I may be waiving rights and defenses I might
5  otherwise interpose regarding this debt. I waive the right to have a complaint upon this obligation filed
6  against me in federal district court; the issuance of and service of process upon me of such a complaint;
7  any venue requirements in such suit; the right to obtain discovery from the government as to the
8  evidence of its claim; the right to a jury or court trial at which I could raise any objections or defenses
9  to the governments's claim; the right to require the government to prove its claim by preponderance of
10 the evidence; and the right to appeal any adverse decision by a court or jury to the court of appeals. I
11 understand that my signature allows the government to enter a judgment against me right now; that the
12 government will record an abstract of judgment with the County Recorder; and that the judgment may
13 appear on my credit record.
14 I also understand that if I fail to pay upon this judgment to be entered against me, my salary may be
15 garnished, or my real or personal property seized.

16
17 _____
   HUYNH MAI

18 State of California    )
                          )  ss.
19 County of San Diego    )

20
21 On _____ before me, _____, a Notary Public in and for said
   County and State, personally appeared _____ personally known
22 (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the
   within instrument and acknowledge to me that he executed the same in his authorized capacity, and that
23 by his signature on the instrument the person, or the entity upon behalf of which the person acted,
   executed the instrument.
24
   WITNESS my hand and official seal
25

26 _____
   Notary Public
27
                                     See Acknowledgmnt
28                                        2/14/08

                                2

# ACKNOWLEDGMENT

State of California
County of __San Diego__ )

On __2/14/08__ before me, __Joann Blas__
(insert name and title of the officer)

personally appeared __Huynh Mai__ _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JOANN BLAS
COMM. # 1532180
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
COMM. EXP. DEC. 5, 2008

Signature _____ (Seal)

**ORIGINAL**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
HUYNH MAI

08 FEB 19 AM 9:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 CV 0312

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
KAREN P. HEWITT, United States Attorney
MARY C. LUNDBERG, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | / 365 Personal Injury - Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 340 Marine / **PERSONAL PROPERTY** | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| | 345 Marine Product Liability / 370 Other Fraud | 690 Other | | 490 Cable/Sat TV |
| 153 Recovery of Overpayment of Veteran's Benefits | / 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 160 Stockholders' Suits | 350 Motor Vehicle / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 195 Contract Product Liability | 360 Other Personal Injury | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / Habeas Corpus: | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 240 Torts to Land | 444 Welfare / 530 General | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
William D. Ford Federal Direct Loan Program Under Title IV, Part D of the Higher Education Act
Brief description of cause:
of 1965, as amended 20 U.S.C. 1087 a et seq.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $  $992.97
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE: 2-15-08
SIGNATURE OF ATTORNEY OF RECORD: /s/ Mary C. Lundberg
MARY C. LUNDBERG, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____