```
 1  KAREN P. HEWITT
    United States Attorney
 2  MARY C. LUNDBERG
    Assistant U. S. Attorney
 3  California State Bar No. 120630
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-6759
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

08 FEB 19 AM 9:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUYNH MAI,<br><br>　　　　　Defendant. | Civil No. '08 CV 0312<br><br>JUDGMENT |

In accordance with the Statement and Confession of Judgment signed by the defendant and filed concurrently,

IT IS ORDERED that the plaintiff recover from the defendant the sum of $992.97.

Judgment is to accrue interest at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

DATED: 2/19/08

W. SAMUEL HAMRICK, JR.
Clerk, U.S. District Court

By _____
Deputy