UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 26 AM 11: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 08CV0312 |
| Plaintiff, | |
| v. | PRAECIPE |
| HUYNH MAI, | |
| Defendant. | |

TO THE CLERK:

    Please issue an Abstract of Judgment.

Claudia Vazquez
Legal Assistant
Ext. 5730

Date issued:

FEB 26 2008